UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DYE,<br><br>          Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | NO. CV 15-3790-R (AGR)<br><br>JUDGMENT |

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: July 20, 2015

                                          MANUEL L. REAL
                                        United States District Judge